**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RODERICK DEUN COLE,                         )   NO. CV 13-2865-PSG (AS)
                                            )
            Petitioner,                     )
                                            )
        v.                                  )        JUDGMENT
                                            )
J. SOTO, Warden,                            )
                                            )
            Respondent.                     )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with
prejudice.

    DATED:  April 15, 2014.

                            _____
                                PHILIP S. GUTIERREZ
                            UNITED STATES DISTRICT JUDGE